**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1993**

SABRINA D. DAVIS,

              Plaintiff - Appellant,

       v.

KIA MOTORS AMERICA, INC.,

              Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  R. Bryan Harwell, District Judge.  (6:08-cv-01937-RBH)

Submitted:  January 17, 2019                     Decided:  January 22, 2019

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Sabrina D. Davis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sabrina D. Davis appeals the district court's text order denying her Fed. R. Civ. P. 60(d)(3) motion to vacate the court's 2009 order dismissing her civil action for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Davis v. Kia Motors America, Inc.*, No. 6:08-cv-01937-RBH (D.S.C. Aug. 10, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*